ORIGINAL

*a: clines/ gue Prose packet +*
*ms Hines Summons*

graham, jerald, and
hines, Eileen D,
husband and wife
c/o
EILEEN D. HINES    *808.*
ehines97@aol.com   *780 :5000*
;
JERALD GRAHAM
86-341 Kauaopuu
Waianae, HI, 96792

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 0 2018

at _3_ o'clock and _10_ min. _P_ M
SUE BEITIA. CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII
### 300 Ala Moana Blvd, Rm C338  , Honolulu, HI 96850

## COMPLAINT (CLAIM) FOR FRAUD
### DENIAL OF RIGHTS

**IN THE MATTER OF**

JERALD GRAHAM,
EILEEN D. HINES,
A MARRIED COUPLE
          Plaintiff(s),
     v.

WILMINGTON SAVING FUND
SOCIETY FSB D/B/A CHISTIANA
TRUST, NOT INDIVIDUALLY BUT AS
TRUSTEE FOR PRETIUM MORTGAGE
ACQUISITIONS TRUST
          Defendant(s).

Case No.: **CV.18  00456 LEK KJM**

**CONPLAINT FOR FRAUD
DENIAL OF RIGHTS; EXHIBITS
AA & BB;
CERTIFICATE OF SERVICE**

Judge:  Hon. _____

Hearing date: _____

Time: _____

## COMPLAINT (CLAIM) FOR FRAUD
### DENIAL OF RIGHTS

CLAIM FOR FRAUD, DENIAL OF RIGHTS                    Case No_____

1

1  Come now graham jerald, and hines, eileen, husband and wife, as accommodation parties

2  for all property both registered and unregistered belonging  JERALD GRAHAM, and

3  EILEEN D. HINES,  A MARRIED COUPLE, , hereinafter referred to as  **Plaintiff(s)**,

4  complains and alleges as follows:

5

6  ## **GENERAL ALLEGATIONS**

7

8  1.    **FRAUD - FALSE CLAIMS**

9  **Plaintiff(s)** seek to remedy from WILMINGTON SAVING FUND, SOCIETY FSB

10 D/B/A CHISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR

11 PRETIUM MORTGAGE ACQUISITIONS TRUST,  herein after " **Defendants**" where

12

13 **Defendants** presented as evidence in public case # Civil No. 11-1-3218-12 (JHC), a

14 document entitled "Declaration in Support of Plaintiffs Motion for Summary Judgment

15 dated 10-20-2016, herein attached to this  Claim as Exhibit "AA",  a non-verified

16 declaration by Gloria A. Rocha, an alleged employee of Rushmore Loan Management

17 Services LLC, hereinafter "**Rocha**" a document that introduces Fraud upon the Court by

18 the following deficiency on page 3 point 6, there is no declaration of having reviewed

19

20 Original documents of a note (**Rocha**'s exhibit "B"), herein attached as Exhibit BB, a note

21 that Rocha declares has no endorsement from **Plaintiff(s)**, a declaration by way of

22 inspecting a mere unrecorded copy of the alleged note, in violation of the Federal False

23 Claims Act, 31 U.S.C. § 3729(a)(1)(A), Federal False Claims Act, 31 U.S.C. §

24

25 3729(a)(1)(B) and Federal False Claims Act, 31 U.S.C. § 3729(a)(1)(C) - all Federal False

26 Claims act causes Against all Defendants.

27

28

---

CLAIM FOR FRAUD, DENIAL OF RIGHTS                    Case No_____

2.  **DENIAL OF RIGHTS**      On October 25th 2018, in former public case

Civil No. 11-1-3218-12 (JHC),  Plaintiff had in possession silver coin of the United States

of America, in a face value amount over 20 dollars, to remedy any claims by the

Defendants, by way of a public bidding, where Plaintiff was informed that the opportunity

to bid was open to the Plaintiff, to remedy the claims of the Defendant.  The County

Commissioner then stalled the bidding process and based on the Courts instructions in

Civil Case No. 11-1-3218-12 (JHC) inspected the silver coin that the Plaintiff had in

possession to bid, and reported that the Plaintiff 's holdings were of an unknown value, of

then the Court in Civil Case No 11-1-3218-12 (JHC) denied the plaintiff the opportunity to

bid, creating a violation of due process and constitutional law of the 7th amendment of the

United States.

3.  **DISPUTE**.  This is a CLAIM  FOR  FRAUD that **Plaintiff** is now

disputing any **alleged debt** until  Defendants provide verification[c] of the alleged debt

pursuant to, but not limited to,  **Plaintiff(s)**  rights under the Fair Debt Collection Practices

Act (FDCPA), the Uniform Commercial Code, and the Hawaii Fair Debt Collection

Practices Act, for **proof of claim**:  verification[c] of money alleged to be owed pursuant, but

not limited, to 15 U.S.C. § 1866(b) of the Fair Credit Billing Act, 15 U.S.C. §1692g –the

Fair Debt Collection Practices Act, FAILURE OF WHICH IS FRAUD UPON THE

COURT, until a Certified[a] and Verified[b] Copy of an executed contract between the

**Plaintiff(s)** and  **Defendant(s)** is presented to  **Plaintiff** from the <u>existing</u> original

containing a wet blue/black ink Signature, and;

4.  **LACK OF LAWFUL COLLECTION  PROCESS**.  It appears the claim

in **Defendants** Case, Public case # Civil No. 11-1-3218-12 (JHC), is an **alleged debt**

subject to the provisions of the FDCPA in regard to this collection proceeding for an **alleged debt** claimed is owed by the Plaintiff(s).  See *Britton v. Weiss, U.S. Dist. Ct., Northern Dist. New York 1988, and Laws v Cheslock, U.S. Dist Ct., Northern Dist. Illinois, East Div., 1999*.  Pursuant to the FDCPS, and;

5.     **VIOLATION DETERMINATION**.  **Defenants** failure to provide anything less than **the validations** as REQUIRED BY LAW and continuing a legal action in an attempt to collect on the **alleged debt** may be deemed a violation of, but not limited to, the FDCPA for providing false, misleading and/or deceptive information, and misrepresenting the character, amount and/or legal status of the alleged debt for the purpose of harassment and coercion as well as failure to **provide the required validations of any alleged debt,** for if any declarations are to apply to the **Defendants** claim in public case # Civil No. 11-1-3218-12 (JHC), the standard of any hearsay exception for admissible testimony shall be sworn to properly by an affiant who holds oneself to the standards of personal liability of perjury by testimony that is sworn to be true, correct, and complete, and not mere by "having been sworn" presumable to tell a lie, a falsehood, a fraud or omission for the purpose of stultifying the **Plaintiff(s)** and attempting to solicit the **Plaintiff(s)** into a commercial adventure to the prejudice of the **Plaintiff(s)** equitable interests and;

6.     **ALTERATIONS**.  **Plaintiff**(s) did not agree to any changes, notices, alterations, amendments or the like, previously and allegedly, mailed to Plaintiff(s) by Defendants, or its agents, and;

7.     **LACK OF STANDING.**  **Defendants** claim in public case # Civil No. 11-1-3218-12 (JHC), **lacks** a Certified[a] and Verified[b] Copy of an executed, legal and lawful

PROMISSORY NOTE from **Defendant(s)** from an existing original containing a wet blue/black ink Signature, and;

**WHEREFORE, Plaintiff(s) pray for the following judgment against Defendant(s) as follows:**

A.     That this Honorable Court establish Jurisdiction over all matters of this COMPLAINT OF FRAUD, and the matters of Public Case # Civil No. 11-1-3218-12 (JHC), and;

B.     That this Honorable Court orders the **Defendant(s)** to <u>VERIFY</u> any and all Claims of Debt allegedly owed by the **Plaintiff(s)** Pursuant, in accordance to all applicable law, but not limited to, the Uniform Commercial Code § 3-302, 3-305, Fair Credit Billing Act –15 U.S.C. § 1666(3)(b)(ii), Fair Debt Collection Practices Act –15 U.S.C. §1692g, and/or Contract Law, **Plaintiff** motions and rightfully demands that the **Defendant** provide verification[c] and/or adequate assurance[c] of the alleged debt claimed owed by the Plaintiff(s) by verifying through a sworn affidavit that:

1.   **Defendant** is in possession of the original promissory notes (instrument(s) issued, and;

2.   Valuable consideration was given for the note(s)/instruments(s), and;

3.   The promissory note(s)instrument(s) was/were received in good faith, and;

4.   All applicable United States Banking laws and/or Federal Reserve Policies and Procedures (USBL) and/or FRPP) were complied with, and;

5.   **All material facts** pertinent to the "Loan Process" as required by USBL and/or FRPP were disclosed to **Plaintiff(s)**, allowing **Plaintiff(s)** to issue and execute promissory note(s)/instrument(s) to **Defendant** of **Plaintiff(s)** own free will absent of inducement and/or coercion and/or fraud by the

---

**Countrywide Funding**, or the **Defendant**, both hereinafter referred to as the "**Lender**" and;

6. The "**Lender**" has NOT altered in any form or fashion the promissory note(s)/instruments(s) issued, and;

7. The promissory note(s)/instruments(s) issued was/were NOT used other than as intended, which was to only be a promise to pay money "loaned", and;

8. The "**Lender**" did NOT use the promissory note(s)/instrument(s) issued, without disclosing, as "bank notes" having "value" (bankable paper). See 31 U.S.C. 5103 and House Joint Resolution (HJR) 192, and;

9. The "**Lender**" DID NOT accept money, money-equivalent, capital, funds or anything of value from issuer of promissory notes in the approximate amount of the **alleged** "loan" on the promissory note(s)/instrument(s), and;

10. The "**Lender**" DID NOT EXCHANGE (as opposed to loan) promissory note(s)/instrument(s) issued for credits(s)/deposits(s) to a "transaction" account, checking account or similar entity the "**Lender**" established on issuer's behalf and then withdrew, or something similar, from the credits(s)/deposit(s) and gave issuer an **alleged** "loan", and;

11. The "**Lender's**" accounting/bookkeeping entries under GAAP (Generally Accepted Accounting Principles) and GAAS (Generally Accepted Auditing Standards) DO NOT show an outstanding liability(s) owed to issuer of promissory note(s)/instrument(s) by the "**Lender**" for the "face" amount of the promissory note(s)instruments(s) issued to "**Lender**", and;

12. The "**Lender**" DID NOT give a "loan" as "valuable" consideration of the promissory note(s)/instrument(s) issued, that was/were and/or is no more than, an electronic and/or accounting/bookkeeping **CREATED CREDIT** similar to, or the same as a "credit memo" in banking, and;

13. If "**Lender**" used **CREATED CREDIT** in association with the "loan" **alleged** to be owed by **Plaintiff**, that such **CREATED CREDIT** is legal tender in accords with 31 U.S.C. 5103 and HJR-192, and;

14. "**Lender**" had authority to lend its credit to the **Plaintiff**, the alleged debtor, and;

15. "**Lender**" had the authority to create money or credit, and;

1

    C.      General Damages

2

    D.      For costs of suit incurred herein; and

3

4

    F.      For such other and further relief as this Honorable Court may deem just and

5

          proper.

6

Enclosures:

7

Exhibit AA:    Declaration in Support of Plaintiffs Motion for Summary Judgment dated

8

              10-20-2016

9

10

Exhibit BB:    Mortgage Note dated 06-23-2007

11

**FOOT NOTES:**

12

**DEFINTIONS**

13

    a.  [a] **CERTIFIED COPY:** means – " A copy of a document or record, signed and certified as a true copy by the officer to whose custody the original is entrusted.", and;

14

15

    b.  [b] **VERIFIED COPY:** means – "Copy of document which is shown by independent evidence to be true.  A copy, if successive witnesses trace the original into the hands of a witness who made or compared the copy.  See; *Nu Car Carries V. Treynor, 75 U.S. App. D.C. 174, 125 F.2d 47, 48."*, and;

16

17

    c.  [c] **VERIFICATION:** means – "Confirmation of correctness, truth, or authenticity, by affidavit, oath, deposition.  Affidavit of truth of the matter stated and object of verification  is to assure[d] good faith in averments or statements of party.  See *Sheeley v. City of Santa Clara, 215 Cal.Ap. 2d 83, 30 Cal. Rptr. 121, 123.*  Sworn or equivalent confirmation of truth…In accounting, the process of substantiating entries in books of account.", and;

18

19

20

21

    d.  [d] **ASSURE:** means – "To make certain and put beyond doubt.  To declare, aver, avouch, assert, or ensure positively.  To declare solemnly; to assure to any one with design of inspiring belief or confidence.", and;

22

23

24

    e.  [e] **ASSURANCE:** means – "The act or action of assuring…A declaration tending to inspire full confidence."

25

26

27

28

---

CLAIM FOR FRAUD, DENIAL OF RIGHTS        Case No_____

Dated; Honolulu, Hawaii, November 20, 2018

EILEEN D. HINES

JERALD GRHAM by EILEEN D. HINES, POA

PLAINTIFFS, PRO SE

## VERIFICATION

1) I, hines, eileen, declare that I am the Plaintiff in the above-entitled action. I have read the foregoing COMPLAINT OF FRAUD, DENIAL OF RIGHTS, and know its contents. That your Affiant is over the age of 18 and competent to testify, and;

2) That the facts stated herein are true, correct, complete and certain and not misleading, and;

3) Your Affiant has first-hand knowledge of the facts stated herein and if called upon to testify in a common law court of competent jurisdiction or court of equity to said facts, that your Affiant will testify thereto, and;

4) I further declare that the matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

5)

   "I certify under PENALTY OF PERJURY under the laws of the State of Hawaii that the foregoing is true and correct to the best of my knowledge and belief."

Witness by my hand and official seal,

See Attached For Notarial
Acknowledgement or Jurat Certificate ◄── .        Dated 11/20/18

CLAIM FOR FRAUD, DENIAL OF RIGHTS                Case No_____

8

## HAWAI`I ALL-PURPOSE ACKNOWLEDGMENT

**STATE OF HAWAI`I**

**CITY AND COUNTY OF HONOLULU** } SS.

On this __20__ day of __Nov__, 20__18__, A.D.,
Date      Month        Year

before me personally appeared

(I) _____,
Name of Signer

**and**

(II) _____,
Name of Signer

to me personally known, who acknowledged that such
person(s) executed the foregoing instrument as the free act
and deed of such person(s), and if applicable in the capacity
shown, having been duly authorized to execute such
instrument in such capacity.

_Chad Nishimura_ _____    __11/20/18__
Notary's Signature                Date

**CHAD NISHIMURA**
_____
Notary's Printed Name
My commission expires: <u>January 17, 2020</u>

*[Notary seal: CHAD NISHIMURA, NOTARY PUBLIC, Comm. No. 16-18, STATE OF HAWAII]*

Document Description: <u>Complaint for Fraud</u>
<u>Denial of Rights: Exhibits</u>
<u>AA+BB Certificate of Service</u>
Document Date: <u>11/20/18</u>   No. Pages: <u>9</u>
Notary Public, State of Hawai`i, First Circuit

_Chad Nishimura_ _____ __11/20/18__
Notary's Signature           Date
**CHAD NISHIMURA**
Notary's Printed Name
My commission expires: <u>January 17, 2020</u>



8A