# MINUTE ORDER

CASE NUMBER:     CIVIL NO. 18-00456 LEK-KJM

CASE NAME:       Eileen D. Hines vs. Wilmington Saving Fund Society FSB

JUDGE:     Leslie E. Kobayashi          DATE:          6/30/2020

COURT ACTION:  EO: COURT ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION

     Pro se Plaintiffs Jerald Graham and Eileen D. Hines ("Plaintiffs") filed their "Complaint (Claim) for Fraud Denial of Rights" ("Complaint") on November 20, 2018. [Dkt. no. 1.]  On October 30, 2019, Defendant Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust ("Wilmington"), filed its Motion for Summary Judgment, and the Court issued its Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment on May 20, 2020 ("5/20/20 Order").  [Dkt. nos. 19, 31.]  The 5/20/20 Order either granted summary judgment in favor Wilmington or dismissed with prejudice all of Plaintiffs' claims except for their wrongful foreclosure claim.  That claim was dismissed without prejudice, and Plaintiffs were allowed to file an amended complaint.  [5/20/20 Order at 24-25.]  After Plaintiffs failed to file an amended complaint by the deadline specified in the 5/20/20 Order, the Order Dismissing Case with Prejudice was issued on June 16, 2020 ("6/16/20 Order").  [Dkt. no. 35.]

     Before the Court is Plaintiffs' Motion for Reconsideration, filed June 26, 2020, which seeks reconsideration of the 6/16/20 Order.  [Dkt. no. 37.]  The Court has considered the Motion for Reconsideration as a non-hearing matter pursuant to Rule LR7.1(d), and the Court finds that it is not necessary for Wilmington to file a response.

     For the reasons stated therein, the Motion for Reconsideration is HEREBY GRANTED, insofar as: 1) Plaintiffs will be allowed to file their amended complaint by July 21, 2020; and 2) if Plaintiffs file their amended complaint by July 21, 2020, the 6/16/20 Order will be withdrawn, and the action will proceed on the amended complaint.  The amended complaint must comply with the Court's directions in the 5/20/20 Order.

     If Plaintiffs fail to file their amended complaint by the July 21, 2020 deadline, the 6/16/20 Order will remain in effect.  The Clerk's Office will automatically enter final judgment and close this case on July 22, 2020, pursuant to the 5/20/20 Order, the 6/16/20 Order, and this entering order.  If Plaintiffs are unable to file their amended complaint by

the July 21, 2020 deadline, they must file a motion for an extension. The motion for an extension must be filed prior to the expiration of the deadline. The motion for an extension must state: 1) the specific amount of additional time Plaintiffs request; and 2) the specific reasons why they cannot comply with the July 21, 2020 deadline.

    IT IS SO ORDERED.


Submitted by: Agalelei Elkington, Courtroom Manager